**No. 57716.**—Pacific Dry Goods Company *v*. United States, protest 165032–K (San Francisco).

EKWALL, Judge: This is a protest against the collector's assessment of duty on wooden boxes imported from Japan on March 30 and October 3, 1949, as smokers' articles, at 30 per centum ad valorem under paragraph 1552 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, T. D. 51802. It is claimed that the merchandise is properly dutiable as manufactures of wood, at 25 per centum ad valorem under paragraph 412, as modified by the General Agreement on Tariffs and Trade, T. D. 51802, and the President's proclamation of April 22, 1948, T. D. 51898. The claims are limited to the items designated on the invoices as HW 70, in cases numbered 133, 134, and 135 of entry No. 2453, and in cases numbered 16 and 17 of entry No. 5697.

At the trial, George B. Parks, examiner at the port of San Francisco, testified that he is familiar with the merchandise covered by this protest and that it is composed of wood. A representative sample was received in evidence as plaintiff's exhibit 1. It consists of a decorated wooden box about 6 inches long, 3¾ inches wide, and 2¼ inches deep. It cannot readily be opened as various interlocking segments on the ends, and the top must be moved in turn to do so.

The witness testified that he became familiar with the uses of such boxes by inquiry in the trade and that they are sold as trick boxes, not as cigarette boxes. He said that they are too complicated to open for use as smokers' articles, since many moves are required, whereas an ordinary cigarette box is just opened at the top.

On cross-examination, Mr. Parks testified that he had examined the merchandise in question and was then of the opinion that the boxes were smokers' articles, but that he had changed his view after inquiry in the trade and is now satisfied that they are not, but are just trick boxes. He stated further that such merchandise is now and has been for 2 years classified as manufactures of wood.

On the record presented, we hold that the boxes herein are not smokers' articles, but are manufactures of wood, dutiable at 25 per centum ad valorem under paragraph 412 of the Tariff Act of 1930, as modified by the General Agreement on Tariffs and Trade, T. D. 51802, and the President's proclamation of April 22, 1948, T. D. 51898.

The protest is sustained and judgment will be rendered for the plaintiff.

**No. 57717.**—The Emporium Capwell Company et al. *v*. United States, protests 153427–K, etc. (San Francisco).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.